# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:02 CV 00373 |
| v. | ) ) | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | ) ) ) | SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY |
| Defendants. | ) ) | |

Plaintiff, pursuant to LR 7.3(i), and in support of his Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment, hereby submits the following subsequently decided authority, a copy of which is attached as Exhibit A: *Bunch v. W.R. Grace & Co.*, No. 08-1406, slip op. at *7-8, 10-19 (1st Cir. Jan. 29, 2009). The case is relevant to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment (Dkt #204) at 14-16, 19-21, 24; Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt #225) at 16-24, 34-35; and the Reply in Support of Plaintiff's Motion for Summary Judgment (Dkt #240) at 8-10, 15, 16 n.25.

Dated: February 3, 2009          Respectfully submitted,

                                              By: /s/ Robert M. Elliot
                                                  Robert M. Elliot

State Bar No. 7709
Elliot Pishko Morgan, PA
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499

Jeffrey Lewis
Bill Lann Lee
Catha Worthman
Julia Campins
Lewis, Feinberg, Lee, Renaker
   & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody
Daniel M. Hutchinson
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Taylor, Jr.
Adam H. Charnes
Stephen T. Inman
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

*Attorneys for Defendants*

                                            By:    /s/ Robert M. Elliot
                                                      Robert M. Elliot
                                                      State Bar No. 7709
                                                      Elliot Pishko Morgan, PA
                                                      426 Old Salem Road
                                                      Winston-Salem, NC 27101
                                                      Telephone: (336) 724-2828
                                                      Facsimile: (336) 714-4499