# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:02 CV 00373 |
| v. | ) ) | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | ) ) ) | SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY |
| Defendants. | ) ) | |

Plaintiff, pursuant to LR 7.3(i), and in support of his Opposition to Defendants' Motion to Decertify the Class, hereby submits the following subsequently decided authority, a copy of which is attached as Exhibit A: *Stanford v. Foamex*, --- F. Supp. 2d ---, No. 07-4225, 2009 WL 3075390 (E.D. Pa. Sept. 24, 2009).

This case is relevant to Plaintiff's Opposition to Defendants' Motion to Decertify the Class (Dkt #267) at 5-10, 12.

Dated: November 9, 2009        Respectfully submitted,

                                      By: /s/ Robert M. Elliot
                                          Robert M. Elliot
                                          State Bar No. 7709
                                          Elliot Pishko Morgan, PA
                                          426 Old Salem Road
                                          Winston-Salem, NC 27101
                                          Telephone: (336) 724-2828
                                          Facsimile: (336) 714-4499

By: /s/ Catha Worthman
Jeffrey Lewis
Bill Lann Lee
Catha Worthman
Julia Campins
Lewis, Feinberg, Lee, Renaker
 & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody
Daniel M. Hutchinson
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Taylor, Jr.
Adam H. Charnes
Chad D. Hansen
James J. Hefferan, Jr.
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

*Attorneys for Defendants*

By: /s/ Catha Worthman
Jeffrey Lewis
Bill Lann Lee
Catha Worthman
Julia Campins
Lewis, Feinberg, Lee, Renaker
& Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839