IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO COMPANY, et al.<br><br>Defendants. | Civil Action No. 1:02 CV 00373<br><br>SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY AND CONDITIONAL MOTION FOR LEAVE TO REPLY OR FOR ORAL ARGUMENT |

Plaintiff, pursuant to LR 7.3(i), and in support of his Memorandum on Issue of Validity of November 18, 1999 Amendment (Dkt. # 364), and his Memorandum re: Legal Effect of Invalid Plan Amendment (Dkt. # 365), hereby submits the following subsequently decided authority, a copy of which is attached as Exhibit A: *Overby v. Nat. Assoc. of Letter Carriers*, 2010 U.S. App. LEXIS 4036 (D.C. Cir. 2010).

In addition, if the Court has any questions following the recent briefing, plaintiff respectfully requests leave to file, within 5 business days of any request by the Court, a 3-page reply to Defendants' Memorandum in Opposition to Plaintiff's Motion to Amend Under Fed. Civ. P. 15(B)(2), or alternatively, that the Court, at its earliest convenience, hear oral argument on the issues presented in that briefing. In the event the Court so rules, plaintiff has submitted a proposed order.

Respectfully submitted, this the 3d day of March, 2010.

858884.1

/s/ Robert M. Elliot
Robert M. Elliot (7709)
Helen L. Parsonage (35492)
Elliot Pishko Morgan, PA
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499

/s/ Jeffrey Lewis
Catha Worthman
Julia Campins
Lewis, Feinberg, Lee, Renaker
   & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody
Daniel M. Hutchinson
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Taylor, Jr.
Adam H. Charnes
Stephen T. Inman
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

*Attorneys for Defendants*

By:    /s/ Robert M. Elliot
Robert M. Elliot
State Bar No. 7709
Elliot Pishko Morgan, PA
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499