# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:02 CV 00373 |
| v. | ) ) | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | ) ) ) | PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED |
| Defendants. | ) ) | AUTHORITY |

Plaintiff hereby moves to strike Defendants' Suggestion of Subsequently Decided Authority (Dkt #394), filed July 7, 2010. Contrary to the Local Rules, Defendants have submitted non-controlling authority and have provided argument regarding that authority. Plaintiff requests that the Court strike Defendants' filing or accept Plaintiff's Objection (attached as Exhibit A), so that Plaintiff has the opportunity to respond to Defendants' arguments.

Dated: July 14, 2010                    Respectfully submitted,

                                             By:   /s/ Robert M. Elliot
                                             Robert M. Elliot
                                             State Bar No. 7709
                                             Helen Parsonage
                                             Elliot Pishko Morgan, PA
                                             426 Old Salem Road
                                             Winston-Salem, NC 27101
                                             Telephone: (336) 724-2828
                                             Facsimile: (336) 714-4499

By:    /s/ Catha Worthman
Jeffrey Lewis
Catha Worthman
Julia Campins
Lewis, Feinberg, Lee, Renaker
   &amp; Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Kelly M. Dermody
Daniel M. Hutchinson
Lieff Cabraser Heimann &amp;
Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Taylor, Jr.
Adam H. Charnes
Tonya Deem
Chad D. Hansen
James J. Hefferan, Jr.
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

*Attorneys for Defendants*

By:    /s/ Catha Worthman
Catha Worthman
Lewis, Feinberg, Lee, Renaker
& Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839