IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:02 CV 00373 |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Defendants hereby submit *Diaz v. Jaguar Restaurant Group, LLC*, No. 09-16046, __ F.3d __ (11th Cir. Dec. 13, 2010), as (1) an addendum to Defendants' Memorandum in Opposition to Plaintiff's Motion to Amend Under Fed. R. Civ. P. 15(b)(2) [#366] and (2) in opposition to Plaintiff's Memorandum Re: Legal Effect of Invalid Plan Amendment [#365] and Plaintiff's Reply in Support of Plaintiff's Motion to Amend Under Fed. R. Civ. P. 15(b)(2) [#370]. This authority is relevant to the issue of whether amendment at this stage of the proceedings is permissible under Rule 15(b)(2) of the Federal Rules of Civil Procedure.

This the 22nd day of December, 2010.

Respectfully submitted,

/s/  Daniel R. Taylor, Jr.
Daniel R. Taylor, Jr. (SB #7358)
Adam H. Charnes (SB #32039)

James J. Hefferan, Jr. (SB #31579)
Chad D. Hansen (SB #32713 )
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2010, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such

filing to the following:

Robert M. Elliot
rmelliot@epmlaw.com
jmixon@epmlaw.com
rholcomb@epmlaw.com

Griffin Morgan
jgmorgan@epmlaw.com
djstewart@epmlaw.com

Helen L. Parsonage
hparsonage@epmlaw.com

Jeffrey Lewis
jlewis@lewisfeinberg.com

Julia Campins
jcampins@lewisfeinberg.com

Kelly M. Dermody
kdermody@lchb.com

Daniel M. Hutchinson
dhutchinson@lchb.com

I hereby certify that I have mailed the documents to the following non CM/ECF

participants:

Bill Lann Lee
LEWIS FEINBERG LEE
RENAKER & JACKSON, P.C.
476 – 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824

James Finberg
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

/s/ Daniel R. Taylor, Jr.
                                        Daniel R. Taylor, Jr.

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina  27101
Telephone:  (336) 607-7300