# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:02 CV 00373 |
| v. | ) ) | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | ) ) ) | SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY |
| Defendants. | ) ) ) | |

Plaintiff, pursuant to LR 7.3(i), hereby submits the following subsequently decided authority, a copy of which is attached as Exhibit A: *Plasterers' Local Union No. 96 Pension Plan v. Pepper*, 10-1364, 2011 WL 6000580, — F.3d —, at *11-12, 14 & n.9 (4th Cir. Dec. 1, 2011) (with relevant language highlighted pursuant to the Court's direction at trial). The case should be added to the citations in Paragraph 387 of [Corrected] Plaintiffs [Proposed] Findings of Fact and Conclusions of Law, ECF No. 415.

Dated: December 12, 2011

Respectfully submitted,

By: /s/ Robert M. Elliot
Robert M. Elliot
State Bar No. 7709
Elliot Pishko Morgan, PA
426 Old Salem Road

952279.1

Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499

By: /s/ Jeffrey Lewis
Jeffrey Lewis
Bill Lann Lee
Catha Worthman
Julia Campins
Lewis, Feinberg, Lee, Renaker
    & Jackson, P.C.
476 – 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

By: /s/ Daniel M. Hutchinson
Kelly M. Dermody
Daniel M. Hutchinson
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Taylor, Jr.
Adam H. Charnes
Chad D. Hansen
James J. Hefferan, Jr.
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

*Attorneys for Defendants*

By: /s/ Daniel M. Hutchinson
Kelly M. Dermody
Daniel M. Hutchinson
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

952279.1