IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:02 CV 00373 |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Defendants hereby submit as subsequently decided authority the Second Circuit's recent decision in *Nationwide Life Ins. Co. v. Haddock*, No. 10-4237-cv, 2012 WL 360633 (2d Cir. Feb. 6, 2012), as addenda to (1) Defendants' Memorandum in Support of Third Motion to Decertify the Class [# 425] and (2) Defendants' Reply in Support of Their Third Motion to Decertify the Class [# 431].  This authority is relevant to the issue of whether the class was properly certified in accordance with the requirements of Rule 23(b) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 9th day of February, 2012.

/s/  Daniel R. Taylor, Jr.
Daniel R. Taylor, Jr. (SB #7358)
Adam H. Charnes (SB #32039)
Tonya R. Deem (SB #23075)
James J. Hefferan, Jr. (SB #31579)
Chad D. Hansen (SB #32713 )
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500
DanTaylor@kilpatricktownsend.com
ACharnes@kilpatricktownsend.com
TDeem@kilpatricktownsend.com
JHeffera@kilpatricktownsend.com
ChadHansen@kilpatricktownsend.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Robert M. Elliot
>rmelliot@epmlaw.com
>jmixon@epmlaw.com
>rholcomb@epmlaw.com
>
>Griffin Morgan
>jgmorgan@epmlaw.com
>djstewart@epmlaw.com
>
>Helen L. Parsonage
>hparsonage@epmlaw.com
>
>Jeffrey Lewis
>jlewis@lewisfeinberg.com
>
>Julia Campins
>jcampins@lewisfeinberg.com
>
>Kelly M. Dermody
>kdermody@lchb.com
>
>Daniel M. Hutchinson
>dhutchinson@lchb.com

I hereby certify that I have mailed the documents to the following non CM/ECF participants:

Bill Lann Lee
LEWIS FEINBERG LEE
RENAKER & JACKSON, P.C.
476 – 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824

James Finberg
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

/s/ Daniel R. Taylor, Jr.
Daniel R. Taylor, Jr.

KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300