IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD G. TATUM, individually )
and on behalf of a class of all other )
persons similarly situated, )
)
    Plaintiff, ) 1:02CV00373
)
v. )
)
R.J. REYNOLDS TOBACCO )
COMPANY, et al., )
)
    Defendant. )

## JUDGMENT AND ORDER

In accord with the Findings of Fact and Conclusions of Law stated in a Memorandum Opinion contemporaneously filed, IT IS HEREBY ORDERED that FINAL JUDGMENT IS ISSUED IN FAVOR OF DEFENDANTS R.J. Reynolds Tobacco Holdings, Inc. and R.J. Reynolds Tobacco Company ("RJR") and AGAINST Plaintiff Richard Tatum and the class as certified in Dock. # 209, 210. In addition, RJR's Second and Third Motions to Decertify the Class (Dock. # 416, 424) and Plaintiff's Motion to Strike (Dock. # 426) are DISMISSED AS MOOT.

This the 25th day of February, 2013.

_____
Senior United States District Judge