IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD G. TATUM, individually and on behalf of a class of all other persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 1:02CV00373 |
| v. | ) ) | |
| R.J. REYNOLDS TOBACCO COMPANY, et al. | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment, IT IS HEREBY ADJUDGED that FINAL JUDGMENT IS ISSUED IN FAVOR OF DEFENDANTS R.J. Reynolds Tobacco Company, R.J. Reynolds Tobacco Holdings, Inc., RJR Employee Benefits Committee, and RJR Pension Investment Committee (collectively "RJR") and AGAINST Plaintiff Richard Tatum and the class as certified in Docs. #209, 210.

This the 18th day of February, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
